LUTHER L. DUNN V. THE STATE.

No. 22874. Delivered May 31, 1944.

The opinion states the case.

*W. C. McDonald* and *D. I. Durham,* both of San Angelo, for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for transporting whisky in a dry area, punishment a fine of one hundred dollars.

No statement of facts is brought forward. Objections to the court's charge and refusal of special charges cannot be appraised in the absence of the facts.

The judgment is affirmed.